ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
TAMAR KOUYOUMJIAN (SBN 254148)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-7388
    Facsimile: (213) 894-0115
    Email: Tamar.Kouyoumjian@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
APR 22 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV-11-01172 SVW(AJWx) |
| Plaintiff, | **JUDGMENT AGAINST DEFENDANTS** |
| vs. | |
| GREENE M. LOPEZ & STEPHANIE L. MARUK, | |
| Defendants. | |

### FINDINGS

Based on the Stipulation between plaintiff UNITED STATES OF AMERICA, and defendants GREENE M. LOPEZ and STEPHANIE L. MARUK, (collectively, the "Defendants") filed herein and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

    1. On February 13, 2009, the United States Treasury issued a refund check in the amount $10,060.46 to Defendants for

1

taxable year 2006. This amount included Defendants claimed refund in the amount of $8,904.00, as well as $1,156.46 in interest.

2. Defendants were not entitled to the refund issued for taxable years 2006.

## JUDGMENT

3. Based on the above findings, the Stipulation of the parties, and all matters that are properly part of the record in this action,

IT IS ORDERED THAT judgment is entered in favor of the United States of America and against Defendants in the amount of $10,060.46, plus accrued statutory interest until payment in full is received by the IRS.

A. Under 26 U.S.C. § 6602, the United States is entitled to recover interest on an erroneous refund at the rate set forth in 26 U.S.C. § 6621. Statutory interest includes prejudgment interest until the date of judgment and post-judgment interest thereafter, until payment in full is received by the IRS.

///
///
///
///

B.  Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: 4/18/11

STEPHEN V. WILSON
United States District Court Judge

Respectfully submitted,

ANDRE BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

TAMAR KOUYOUMJIAN
Assistant United States Attorney
Attorneys for United States of America